Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 24-11928-J

| Caption: | |
|---|---|
| MATTHEW G. MOFFETT AND CHRIS PERNICIARO, Appellants/Intervenors | District and Division: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| | Name of Judge: United States District Judge Charles A. Pannell, Jr. |
| | Nature of Suit: 360 P.I.: Other |
| v. | Date Complaint Filed: July 27, 2020, Removal from State Court |
| | District Court Docket Number: 1:20-cv-03129-CAP |
| MILDRED COLLINS-WILLIAMS, ET AL., Appellees/Plaintiffs | Date Notice of Appeal Filed: June 7, 2024 |
| | ☐ Cross Appeal  ☐ Class Action |
| | Has this matter previously been before this court? ☐ Yes ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | Johannes S. Kingma<br>Lewis P. Perling<br>Stites & Harbison PLLC<br>for Intervenors | 303 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30308 | 404/739-8800<br>404/739-8870 (fax)<br>lperling@stites.com<br>jkingmab@stites.com |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Michael Rafi<br>Alexander Brown<br>Rafi Law Firm LLC | 1776 Peachtree Street<br>Suite 423-South<br>Atlanta, GA 30309 | 404/800-9933<br>470/344-3425 (fax)<br>mike@rafilawfirm.com<br>brown@rafilawfirm.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☑ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $ 232,740 |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to Plaintiffs |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☐ Injunction | ☐ Preliminary  ☐ Granted |
| | | ☑ Other Discovery Sanctions; Attorney Fees | ☐ Permanent  ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☑ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal?  ☑ Yes  ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☐ No

If Yes, provide
(a) Case Name  Nautilus Ins. Co. v. Contour Eastwyck LLC
(b) Citation _____
(c) Docket Number if unreported  1:23-cv-616-CAP
(d) Court or Agency  United States District Court, Northern District of Georgia, Atlanta Division

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
(b) Among circuits?  ☐ Yes  ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the Court properly granted the motion sanctioning Intervenors, including but not limited to, holding them jointly and severally liable for attorney's fees; whether the Court properly denied Intervenors' motion to reconsider the Order granting sanctions and refusing to consider additional evidence under seal; and, whether the Court properly awarded attorney's fees to Plaintiffs in the above stated amount.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  27th  DAY OF  June , 2024 .

Lewis P. Perling                                                        /s/Lewis P. Perling
NAME OF COUNSEL (Print)                                     SIGNATURE OF COUNSEL