IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 24-11928-J

MATTHEW G. MOFFETT AND CHRIS PERNICIARO, Appellants/Intervenors

v.

MILDRED COLLINS-WILLIAMS, ET AL., Appellees/Plaintiffs

APPELLANTS MATTHEW G. MOFFETT AND CHRIS PERNICIARO'S
CERTIFICATE OF INTERESTED PERSONS

On Appeal from the United States District Court for the
Northern District of Georgia, Case No. 1:20-cv-03129-CAP

Johannes S. Kingma
Georgia Bar No. 421650
Lewis P. Perling
Georgia Bar No. 572379
**STITES & HARBISON PLLC**
303 Peachtree Street, N.E.
Suite 2800
Atlanta, GA  30308
Telephone:  (404) 739-8800
Facsimile:  (404) 739-8870
jkingma@stites.com
lperling@stites.com

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to FRAP 26.1 and 11 Cir. R. 26.1, the following have or may have an interest in the outcome of this case:

- Brown, Alexander – Attorney for Plaintiffs/Appellees

- Collins-Williams, Mildred – Plaintiff/Appellee, as administrator of the estate of Tijuana Frazier and as guardian and next friend of Quanisha Holt

- Colony Insurance Company

- Contour Eastwyck LLC – Defendant

- Elam, Evan – Attorney for Intervenors/Appellants

- Frazier, Isaiah – Plaintiff, by guardian and next friend Pebbles McClain

- Frazier, Julian – Plaintiff, by guardian and next friend Pebbles McClain

- Gray, Rust, St. Amand, Moffett & Brieske, LLP – Intervenors' law firm

- Hawkins, John M. – Attorney for Defendant

- Heydemann, Alexander – Attorney for Defendant

- Holt, Quanisha – Plaintiff by next friend, Mildred Collins-Williams

- Kingma, Johannes – Attorney for Intervenors/Appellants

- McClain, Pebbles – Plaintiff/Appellee, as guardian and next friend to Julian Frazier and Isaiah Frazier, minors

- Moffett, Matthew – Intervenor/Appellant

- Nautilus Insurance Company, a member of W.R. Berkley Corporation, which is listed on the New York Stock Exchange under the ticker symbol WRB

- Pannell, Charles A. Jr. – Judge, United States District Court

- Perling, Lewis – Attorney for Intervenors/Appellants

- Perniciaro, Christopher – Intervenor/Appellant

- Rafi Law Firm LLC – Attorneys for Plaintiffs/Appellees

- Rafi, Michael – Attorney for Plaintiffs/Appellees

- Sager, Frederick Newman Jr. – Attorney for Defendant

- Stites & Harbison PLLC – Attorneys for Intervenors/Appellants

- Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC – Attorneys for Defendant

Date: June 27, 2024.

By: */s/ Lewis P. Perling*
Johannes S. Kingma
Georgia Bar No. 421650
Lewis P. Perling
Georgia Bar No. 572379

*Attorneys for Appellants/Intervenors Matthew G. Moffett and Christopher J. Perniciaro*

**STITES & HARBISON PLLC**
303 Peachtree Street, N.E.
Suite 2800
Atlanta, GA 30308
Telephone: (404) 739-8800
Facsimile: (404) 739-8870
lperling@stites.com
jkingma@stites.com

## CERTIFICATE OF SERVICE

I certify that I have, on this day, electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Eleventh Circuit by using the Court's CM/ECF system. I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: June 27, 2024

                                        */s/ Lewis P. Perling*
                                        Lewis P. Perling (572379)